STATE, Respondent, vs. LITTLE, Appellant.

*October 5—October 24, 1916.*

*State v. Lewis, ante,* p. 363, followed.

APPEAL from orders of the circuit court for Milwaukee county: JOHN J. GREGORY, Circuit Judge. *Dismissed as to one order; the other order affirmed.*

The appeal is from two orders of the circuit court, one striking out certain portions of defendant's answer and the other sustaining a demurrer to a part of said answer.

For the appellant there was a brief by *Rubin, Fawcett & Dutcher,* attorneys, and *Paul R. Newcomb,* of counsel, and oral argument by *Mr. Newcomb.*

*A. C. Umbreit,* counsel, and *Winfred C. Zabel,* district attorney for Milwaukee county, for the respondent.

ESCHWEILER, J.   The situation presented and the questions raised in this case are the same in substance as those in the case of *State v. Lewis, ante,* p. 363, 159 N. W. 746.   What is said in that case applies here and the same judgment should follow.

*By the Court.*—The appeal from the order striking out part of the answer·is dismissed and the order sustaining the demurrer to a part of the answer affirmed, and the cause remanded for further proceedings.